**Order filed November 16, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00710-CV
_____

### MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellant

### V.

### AMELIA V. KELLY, Appellee

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0325**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 122nd District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On October 22, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **December 17, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM